UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

HERBERT JACKSON and CYNTHIA JACKSON,

    Plaintiffs,

-against-

GRANTLY A. WALKER and ADIRONDACK TRANSIT LINES, INC.,

    Defendants.

---------------------------------------X

"SO ORDERED" STIPULATION WITHDRAWING NOTICE OF REMOVAL AND REMANDING ACTION TO STATE COURT

Case No.: 08 CV 5863

Assigned to:
HON. GERARD E. LYNCH
(Mag. J. Gabriel W. Gorenstein)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all of the parties to the above entitled action, that defendants' June 27, 2008 Notice of Removal and Petition for Removal be and the same hereby are withdrawn, with prejudice, and this matter is remanded to the Supreme Court of the State of New York, County of New York.

IT IS HEREBY FURTHER STIPULATED AND AGREED, that the Clerk of the District Court shall mail a copy of this Stipulation to the Clerk of the Supreme Court of the State of New York, County of New York, and that said state court shall thereafter proceed with this case.

Dated: July 7, 2008

LAW OFFICES OF DAVID B. GOLOMB

By: _____
David B. Golomb (DG-7335)
Attorneys for Plaintiffs
Park Avenue, Suite 527
New York, NY 10169
(212) 661-9000

GALLO, VITUCCI, KLAR, PINTER & COGAN

By: _____
Matthew J. Vitucci (6446)
Attorneys for Defendants Walker and 230 Adirondack
90 Broad Street, 3rd Floor
New York, NY 10004
(212) 683-7100

SO ORDERED:

_____
7/21/08